AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KRISTAL KITCHENS,

Petitioner,

v.

WARDEN THOMPSON, Bleckley RSAT,

Respondent.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 3:22-052

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated July 7, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice. Petitioner is denied a certificate of appealability, and is not entitled to appeal in forma pauperis. This civil action stands closed.



| 07/08/2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Tara H. Burton* |
| | (By) Deputy Clerk |

GAS Rev 10/2020